Juliette P. White (USB 9616)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
jwhite@parsonsbehle.com
ecf@parsonsbehle.com

John F. Morrow, Jr. (*pro hac vice* pending)
North Carolina Bar No. 23382
**WOMBLE BOND DICKINSON (US), LLP**
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3584
Email: John.Morrow@wbd-us.com

James E. Dority (*pro hac vice* pending)
South Carolina Bar No. 104627
**WOMBLE BOND DICKINSON (US), LLP**
550 South Main Street, Suite 400
Greenville, SC 29601
Telephone: (864) 255-5412
Email: James.Dority@wbd-us.com

*Attorneys for Plaintiff CREE LED, INC.*

---

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| CREE LED, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>REVEL MEDIA GROUP, LLC,<br><br>Defendant. | **COMPLAINT**<br><br>**[DEMAND FOR JURY TRIAL]**<br><br>Case No. ___________________________ |

## COMPLAINT

Plaintiff Cree LED, Inc. ("Cree LED" or "Plaintiff") files this Complaint for patent infringement against Defendant Revel Media Group, LLC ("Revel" or "Defendant"), and alleges as follows:

## NATURE OF THE ACTION

1. This is an action for infringement of United States Patent Nos. US8049230 (the '230 Patent); US9240395 (the '395 Patent); and US9831393 (the '393 Patent) (collectively, the "Asserted Patents"). Specifically, Cree LED brings this action because Revel infringes the Asserted Patents by using high-resolution video display panels.

2. Cree LED, together with its predecessor, Cree, Inc., has over a thirty-year track record of innovations and industry firsts in LED technology driven by its investment in and focus on research and development. Cree LED's rich history of innovation has distinguished it as one of the LED industry's strongest brands. Today, Cree LED specializes in providing a broad portfolio of high-performance LED chips and components throughout the world. Cree LED's contributions to LED development and design serve as the basis for Cree LED's expansive portfolio of U.S. and worldwide patents, covering an array of innovative technologies.

3. Cree LED is committed to protecting and enforcing its valuable intellectual property.

4. Furthermore, as an industry leader, it is incumbent upon Cree LED to be a guardian of product quality in the LED industry by ensuring that its innovations are legitimately practiced with consistent high quality, especially given the integral role of LED technology in everyday life.

5. Cree LED is a member of the Penguin Solutions, Inc. ("PENGUIN") family of companies, and Cree LED and PENGUIN will together continue to place an emphasis on protecting and enforcing Cree LED's valuable intellectual property.

## PARTIES

6. Cree LED is a corporation formed under the laws of the state of Delaware, with a principal place of business at 4001 E. Hwy 54, Suite 2000, Durham, North Carolina.

7. Upon information and belief, Revel is a limited liability company organized under the laws of the state of Utah, with a principal place of business at 695 North Kays Drive, Suite 7, Kaysville, UT 84037.

## JURISDICTION AND VENUE

8. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 271 *et seq*. This Court has subject matter jurisdiction over this action pursuant to at least 28 U.S.C. §§ 1331 and 1338(a).

9. This Court has personal jurisdiction over Revel because, upon information and belief, Revel is a limited liability company organized under the laws of the state of Utah and maintains its principal place of business in Utah, from which, upon further information and belief, it markets and sells or has marketed and sold the infringing products described herein.

10. Venue is proper in this District under 28 U.S.C. § 1400(b) because (i) Revel resides in this District for venue purposes, and (ii) upon information and belief, Revel has committed acts of infringement and has a regular and established place of business in this District.

## FACTS

### The Asserted Patents

11. The ’230 Patent is titled “Apparatus and System for Miniature Surface Mount Devices.” The PTO issued the ’230 Patent on November 1, 2011. Cree LED is the owner of all rights, title, and interests in and to the ’230 Patent, including all rights to bring actions and recover damages for past and future infringement thereof. A true and correct copy of the ’230 Patent is attached as **Exhibit A.**

12. The ’395 Patent is titled “Waterproof Surface Mount Device Package and Method.” The PTO issued the ’395 Patent on January 19, 2016. Cree LED is the owner of all rights, title, and interests in and to the ’395 Patent, including all rights to bring actions and recover damages for past and future infringement thereof. A true and correct copy of the ’395 Patent is attached as **Exhibit B**.

13. The ’393 Patent is titled “Water Resistant Surface Mount Device Package.” The PTO issued the ’393 Patent on November 28, 2017. Cree LED is the owner of all rights, title, and interests in and to the ’393 Patent, including all rights to bring actions and recover damages for past and future infringement thereof. A true and correct copy of the ’393 Patent is attached as **Exhibit C.**

### Revel’s Infringing Conduct

14. Revel uses, offers to sell, and/or sells high-resolution LED video display panels that infringe the Asserted Patents.

15. Upon information and belief, Revel purchases, uses and sells or has purchased, used and sold at least the following infringing LED panels, which are made by Absen, Inc. ("Absen") (collectively, the "Infringing Products"):

- Absen X5 Panel (the "X5")
- Absen A25 Panel (the "A25")
- Absen A99 Panel (the "A99")[1]

16. Images of the Absen X5, A25, and A99 display panels are shown below.




Source: https://www.matrixvisual.com/blog/brilliance-of-absen-led/.

[1] Cree LED believes that discovery will reveal that Revel sells additional infringing displays.




Source: https://www.usabsen.com/product/a25-series/?utm_source=google&utm_medium=cpc&utm_campaign=brand2511&utm_term=absenled&utm_content=185023302621&gad_source=1&gad_campaignid=23222832632&gbraid=0AAAAA_xE9WSXuVwtyrO3jkzlx_QGPvsvy&gclid=EAIaIQobChMIs72Y5b-5lgMViYVaBR3DHgLCEAAYASAAEgIJdvD_BwE.




Source: https://www.absen.com/product/a99-series/.

17. Images of the infringing LED components used in Absen's X5, A25, and A99 display panels are shown below.[2]





[2] Upon information and belief, images of the infringing internal LED componentry of the Absen X5 are representative of the infringing internal LED componentry for Absen's A25 and A99 models, as it relates to the allegations herein.








18. Absen's X5, A25, and A99 display panels meet each element of at least the following claims: Claim 19 of the '230 Patent, Claim 1 of the '395 Patent, and Claim 1 of the '393 Patent.

19. Upon information and belief, Absen partnered with Revel to implement various Infringing Products, including at least the Absen X5, A25, and A99 products or their equivalents, for use by Orlando City SC at its stadium.

20. An excerpt from Revel's "Case Studies" section of its website identifies the partnership with Absen for use of Absen products at Orlando City SC's stadium, as shown below.




Source: https://legacy.onerevel.com/about-us/case-studies/ (annotated).

21. Absen announced in a February 21, 2024 press release that Absen, in collaboration with Revel, undertook "an extensive LED installation at the INTER&Co Stadium," which is owned and operated by Orlando City SC. *See* "https://www.usabsen.com/absen-and-revel-media-illuminate-interco-stadium-with-5m-pixel-led/."

22. Upon information and belief, Absen and Revel's collaboration resulted in the installation of "Absen's acclaimed A Series" at Orlando City SC's stadium, including "two massive fascia LED screens, each extending an impressive 150 feet, and a colossal end-zone screen measuring 60 feet by 34 feet." *Id.*




In a project that marries innovation with fanfare, Absen's acclaimed A Series — a testament to our excellence in LED solutions — will be front and center. The installation features two massive fascia LED screens, each extending an impressive 150 feet, and a colossal end-zone screen measuring 60 feet by 34 feet, promising an immersive experience for every spectator.



Our A Series, known for its exceptional brightness, contrast, and energy efficiency, is engineered for dynamic outdoor advertising and is the perfect match for the high-energy atmosphere of the INTER&Co Stadium. This initiative reaffirms Absen's commitment to enhancing environments through superior LED displays that not only captivate but also connect with the community's spirit.

Source: https://www.usabsen.com/absen-and-revel-media-illuminate-interco-stadium-with-5m-pixel-led/.

23. Revel has had notice of the Asserted Patents since at least as early as June 6, 2025, by virtue of a letter Cree LED sent to Revel notifying Revel of the Asserted Patents and Absen's infringing LED panels. Cree LED's June 6, 2025 letter further notified Revel that Cree LED had previously notified Absen of the infringement in a letter dated May 5, 2026.

24. Revel never responded to Cree LED's June 6, 2025 letter.

25. Revel's infringement is causing irreparable harm and monetary damages to Cree LED, entitling Cree LED to both monetary damages and injunctive relief.

## I. <u>COUNT I: INFRINGEMENT OF THE '230 PATENT UNDER 35 U.S.C. § 271</u>

26. Cree LED incorporates by reference the allegations contained in the foregoing paragraphs as though fully stated herein.

27. Revel directly and literally infringes one or more claims of the '230 Patent under 35 U.S.C. § 271(a), including at least Claim 19, by making, using, offering to sell, or selling in the United States the Infringing Products' display panels without permission or license from Cree LED.

28. In relation to Claim 19 of the '230 Patent, the Infringing Products' display panels contain an LED display comprising:

i. a substrate carrying an array of surface-mount devices arranged in vertical columns and horizontal rows, each of said SMDs comprising a dark casing and containing a vertically oriented, linear arrangement of LEDs adapted to be energized to produce in combination a substantially full range of colors and to define one pixel of the display; and

ii. signal processing and LED drive circuitry electrically connected to selectively energize said array of SMDs for producing visual images on said display.

29. For example, teardown images of infringing components used in the Infringing Products' display panels demonstrate that they contain an LED display comprising a substrate carrying an array of surface-mount devices arranged in vertical columns and horizontal rows, each of said SMDs comprising a dark casing and containing a vertically oriented, linear arrangement of LEDs.



Absen X5



Absen X5



30. Examination of the Infringing Products' display panels further demonstrates that they comprise LEDs adapted to be energized to produce in combination a substantially full range of colors and to define one pixel of the display.

**Absen X5**




31. Examination of the componentry for the Infringing Products' display panels further demonstrates that they comprise signal processing and LED drive circuitry electrically connected to selectively energize said array of SMDs for producing visual images on said display.



X-Ray Image
Absen X5



X-Ray Image
Absen X5

32. Upon information and belief, to the extent the Infringing Products' display panels are found not to literally infringe Claim 19 of the '230 Patent, such display panels infringe at least

Claim 19 of the ’230 Patent under the doctrine of equivalents because they perform substantially the same function in substantially the same way to achieve substantially the same result as the claimed invention.

33. Upon information and belief, Revel has made and is continuing to make unlawful gains and profits from its infringement of the ’230 Patent.

34. As detailed in Paragraphs 23-24 above, Revel’s infringement of the ’230 Patent has been willful.

35. Revel’s infringement has caused and will continue to cause irreparable harm to Cree LED unless Revel’s infringing activities are permanently enjoined by this Court.

36. Revel’s infringement has also caused monetary damages to Cree LED in an amount to be determined at trial.

## II. COUNT II: INFRINGEMENT OF THE ’395 PATENT UNDER 35 U.S.C. § 271

37. Cree LED incorporates by reference the allegations contained in the foregoing paragraphs as though fully stated herein.

38. Revel directly and literally infringes one or more claims of the ’395 Patent under 35 U.S.C. § 271(a), including at least Claim 1, by making, using, offering to sell, or selling in the United States the Infringing Products without permission or license from Cree LED.

39. In relation to Claim 1 of the ’395 Patent, at least the Infringing Products’ display panels contain an emitter package, comprising:

i. a casing comprising a cavity extending into the interior of said casing from a top surface of said casing;

ii. an electrically conductive lead frame integral to said casing, said lead frame

comprising v-cuts shaped to receive a casing material;

iii. a plurality of light emitting devices on conductive carrier parts of said lead frame, said light emitting devices and portions of said lead frame exposed through said cavity; and

iv. a plurality of wire bonds electrically connecting each of said light emitting devices to conductive connection parts of said lead frame, wherein the length, thickness, and loop height of said wire bonds is controlled to improve reliability of said package;

v. wherein said emitter package is substantially UV resistant and waterproof.

40. For example, teardown images of infringing components used in the Infringing Products' display panels demonstrate that they contain a casing comprising a cavity extending into the interior of said casing from a top surface of said casing.



Absen X5



Cross Section
Absen X5

41. Examination of the componentry for the Infringing Products' display panels further demonstrates that they comprise an electrically conductive lead frame integral to said casing, said lead frame comprising v-cuts shaped to receive a casing material.


Internal Image
Absen X5


Component Image
Absen X5


Underside Image
Absen X5


Absen X5

42. Examination of the componentry for the Infringing Products' display panels further demonstrates that they comprise a plurality of wire bonds electrically connecting each of said light emitting devices to conductive connection parts of said lead frame, wherein the length, thickness, and loop height of said wire bonds is controlled to improve reliability of said package.


Cross Section
Absen X5


Internal Image
Absen X5


X-Ray Image
Absen X5

43. Examination of the componentry for the Infringing Products' display panels further demonstrates that they comprise an emitter package wherein said emitter package is substantially UV resistant and waterproof.



Absen X5



Cross Section
Absen X5






Absen X5 Humidity Seal

44. Upon information and belief, to the extent the Infringing Products' display panels are found not to literally infringe Claim 1 of the '395 Patent, such display panels infringe at least Claim 1 of the '395 Patent under the doctrine of equivalents because they perform substantially the same function in substantially the same way to achieve substantially the same result as the claimed invention.

45. Upon information and belief, Revel has made and is continuing to make unlawful gains and profits from its infringement of the '395 Patent.

46. As detailed in Paragraphs 23-24 above, Revel's infringement of the '395 Patent has been willful.

47. Revel's infringement has caused and will continue to cause irreparable harm to Cree LED unless Revel's infringing activities are permanently enjoined by this Court.

48. Revel's infringement has also caused monetary damages to Cree LED in an amount to be determined at trial.

## III. COUNT III: INFRINGEMENT OF THE '393 PATENT UNDER 35 U.S.C. § 271

49. Cree LED incorporates by reference the allegations contained in the foregoing paragraphs as though fully stated herein.

50. Revel directly and literally infringes one or more claims of the '393 Patent under 35 U.S.C. § 271(a), including at least Claim 1, by making, using, offering to sell, or selling in the United States the Infringing Products without permission or license from Cree LED.

51. In relation to Claim 1 of the '393 Patent, at least the Infringing Products' display panels contain an emitter package, comprising:

i. a casing comprising a cavity extending into an interior of the casing from a

top surface of the casing;

ii. an electrically conductive lead frame coupled to the casing and comprising a plurality of leads, each lead of the plurality of leads comprising a package mounting portion in a first plane, a device mounting portion in a plane other than the first plane, and an intermediate portion between the first plane and the second plane, at least one lead in the plurality of leads having a first surface, and a second surface opposite the first surface, in which the plurality of leads comprises a plurality of electrically conductive cathode parts and a plurality of electrically conductive anode parts, in which the plurality of electrically conductive anode parts are separated by a gap from the plurality of electrically conductive cathode parts;

iii. at least one lead of the plurality of leads comprising at least one feature in a first portion of the electrically conductive lead frame, wherein the at least one feature comprises at least one of a through-hole, a cut, a spot punch, a U-bend, a projection, and an indentation, in which a material of the casing contacts the at least one feature, wherein the at least one feature is distinct from the gap and in at least the first surface and the second surface, in which a portion of the first surface and a portion of the second surface comprising the at least one feature is entirely inside the casing; and

iv. a plurality of light emitting devices coupled to the electrically conductive lead frame, in which the plurality of light emitting devices and at least a second portion of the electrically conductive lead frame distinct from the

first portion of the electrically conductive lead frame are exposed through the cavity.

52. For example, teardown images of infringing components used in the Infringing Products' display panels demonstrate that they contain a casing comprising a cavity extending into an interior of the casing from a top surface of the casing.


Absen X5


Cross Section
Absen X5

53. Examination of the componentry for the Infringing Products' display panels further demonstrates that they comprise an electrically conductive lead frame coupled to the casing and comprising a plurality of leads.


X-Ray Image
Absen X5


X-Ray Image
Absen X5


Cross Section
Absen X5

54. Examination of the componentry for the Infringing Products' display panels further demonstrates that they comprise each lead of the plurality of leads comprising a package mounting

portion in a first plane, a device mounting portion in a plane other than the first plane, and an intermediate portion between the first plane and the second plane, at least one lead in the plurality of leads having a first surface, and a second surface opposite the first surface, in which the plurality of leads comprises a plurality of electrically conductive cathode parts and a plurality of electrically conductive anode parts, in which the plurality of electrically conductive anode parts are separated by a gap from the plurality of electrically conductive cathode parts.


Cross Section
Absen X5


X-Ray Image
Absen X5


X-Ray Image
Absen X5

55. Examination of the componentry for the Infringing Products' display panels further demonstrates that they comprise an emitter package, comprising at least one lead of the plurality of leads comprising at least one feature in a first portion of the electrically conductive lead frame, wherein the at least one feature comprises at least one of a through-hole, a cut, a spot punch, a U-bend, a projection, and an indentation.


Internal Image
Absen X5


Component Image
Absen X5


X-Ray Image
Absen X5

56. Examination of the componentry for the Infringing Products' display panels further demonstrates that they comprise an emitter package in which a material of the casing contacts the at least one feature, wherein the at least one feature is distinct from the gap and in at least the first surface and the second surface, in which a portion of the first surface and a portion of the second surface comprising the at least one feature is entirely inside the casing.


Cross Section
Absen X5


Component Image
Absen X5


Absen X5

57. Examination of the componentry for the Infringing Products' display panels further demonstrates that they comprise a plurality of light emitting devices coupled to the electrically conductive lead frame, in which the plurality of light emitting devices and at least a second portion of the electrically conductive lead frame distinct from the first portion of the electrically conductive lead frame are exposed through the cavity.


Internal Image
Absen X5


Component Image
Absen X5

58. Upon information and belief, to the extent the Infringing Products' display panels are found not to literally infringe Claim 1 of the '393 Patent, such display panels infringe at least Claim 1 of the '393 Patent under the doctrine of equivalents because they perform substantially the same function in substantially the same way to achieve substantially the same result as the claimed invention.

59. Upon information and belief, Revel has made and is continuing to make unlawful gains and profits from its infringement of the '393 Patent.

60. As detailed in Paragraphs 23-24 above, Revel's infringement of the '393 Patent has been willful.

61. Revel's infringement has caused and will continue to cause irreparable harm to Cree LED unless Revel's infringing activities are permanently enjoined by this Court.

62. Revel's infringement has also caused monetary damages to Cree LED in an amount to be determined at trial.

## IV. JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Cree LED respectfully requests a trial by jury of any issues so triable.

## V. PRAYER FOR RELIEF

WHEREFORE, Cree LED respectfully requests that:

A. Revel be adjudicated by this Court to have directly infringed one or more claims of each of the Asserted Patents either literally or under the doctrine of equivalents under 35 U.S.C. § 271;

B. Revel be adjudicated by this Court to have willfully infringed one or more claims of each of the Asserted Patents from the time it received notice of alleged infringement, and that Cree LED be awarded treble damages for the period of such willful infringement pursuant to 35 U.S.C. § 284;

C. Revel be ordered by this Court to account for and pay Cree LED damages adequate to compensate Cree LED for the infringement of one or more claims of the Asserted Patents, pursuant to 35 U.S.C. § 284;

D. This Court enter a permanent injunction pursuant to 35 U.S.C. § 283 preventing continuing infringement of one or more claims of each of the Asserted Patents, and enjoining importation, sales and distribution of the Infringing Products;

E. This case be deemed exceptional and Cree LED be awarded interests, costs, expenses, and reasonable attorneys' fees for this suit as provided by 35 U.S.C. § 285; and

F. Cree LED be awarded such other and further relief as this Court may deem just and proper.

DATED: November 17, 2026

/s/ *Juliette P. White*
Juliette P. White
**PARSONS BEHLE & LATIMER**

John F. Morrow
James E. Dority
**WOMBLE BOND DICKINSON (US), LLP**

Attorneys for Plaintiff CREE LED, INC.